JS-6

| | |
|---|---|
| 1 | **MORTGAGE RECOVERY LAW GROUP LLP** |
| | PAUL A. LEVIN (State Bar No. 229077) |
| 2 | LAUREN M. GIBBS (State Bar No. 251569) |
| 3 | ANDREW BAEZA (State Bar No. 263392) |
| | 700 North Brand Boulevard, Suite 830 |
| 4 | Glendale, California 91203 |
| 5 | TELEPHONE: (818) 630-7900 ♦ FACSIMILE: (818) 630-7920 |
| | e-mail:  paul.levin@mortgagerecoveries.com |
| 6 | lauren.gibbs@mortgagerecoveries.com |
| 7 | andrew.baeza@mortgagerecoveries.com |
| 8 | **Attorneys for Plaintiff** |
| 9 | **Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B.** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for IndyMac BANK, F.S.B., | Case No. CV 14-5277-GW(AJWx) |
| | Honorable George H. Wu |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MORTGAGE CAPITAL ASSOCIATES, INC., a California corporation, | |
| Defendant. | |

[Proposed] Order Granting Stipulation for Dismissal

Having considered the parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, the Court orders as follows:

1. The claims in this action are dismissed with prejudice; and
2. The Court shall retain jurisdiction to hear and determine all matters related to this action and to enforce the Settlement Agreement, and shall have the right to grant all of the FDIC-R's reasonable attorneys' fees and costs expended in enforcing the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: May 4, 2015

_____
The Honorable George H. Wu
United States District Judge